UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tremaine A Robertson
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York

New York City Police Department

Commissioner, Bill Bratton

Commanding Officer of the 42nd Precinct -- LT Vanputten

Police Officer Julio Jimenez Shield # 26571

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes  ☐ No
(check one)

**16 CV 0422**

RECEIVED
SDNY PRO SE OFFICE
2016 JAN 20  AM 8:01

## I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Tremaine A Robertson
            ID #  291-15-06769
            Current Institution  VCBC - 1 Halleck St Bx NY 10474
            Address  1 Halleck Street Bronx New York 10474 - Dorm -10A - Bed 10

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Julio Jimenez          Shield # 26571
                  Where Currently Employed  42 precinct
                  Address  330 Washington Ave
                           Bronx New York 10451

Defendant No. 2   Name Bill Bratton -   Shield # _____
Where Currently Employed NYC Commisioner
Address 1 Police Plaza
New York New York 10007

Defendant No. 3   Name _____   Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4   Name _____   Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____   Shield # _____
Where Currently Employed _____
Address _____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
Please see attached pages... The purpose of this petition is for violations of my 4th amendment rights... No probable cause... False Arrest... Illegal imprisonment...

B.   Where in the institution did the events giving rise to your claim(s) occur?
_____

C.   What date and approximate time did the events giving rise to your claim(s) occur?
January 28 2013 - 11pm at my place of employment. Because of this False Arrest and warrant I have incurred other unnessary legal matters and issues... If not for this False Arrest I would not be incarserated today... I have had my civil rights and constitutional rights violated by this False Arrest...

*Rev. 05/2010*                                              2

D. Facts:

**What happened to you?**
**Who did what?**
**Was anyone else involved?**
**Who else saw what happened?**

On or about Jan 28 2013 11pm at my place of employment EKG Auto Body and Auto Repair. James Pelle owner/employer... 375 E 163 Street Bronx New York... I was working on a car in a common area/parking area at 163rd and Courtlant Ave Officer Jimenez came down a 1 way street (163rd Street) in the wrong direction got out of his patrol car and asked "Do you have a licence"... I said No I work next door and I'm working on my licence... he said "Stand here Are you on parole or probation" I said parole he cuffed me and asked "If I had Anything In my pockets" I have my tools and a battery terminal for this car... I'm fixing it so me and my boss can sell it... he took me to the front of the shop I worked at and while cuffed I knocked on the gate" He said "If your boss can verify you work here I will let you go" I believe my boss went to the store and locked the gate there was no answer... He put me in the police car no Miranda right warning... took some of my belongings out the car and we went to the precinct we argued I said a few choice words and told him That's a lie I was not driving... You see the car is in the parking lot"

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have recieved Emotional and mental distress because I no longer have any confidence in the NYC Police Department. I have a false arrest A false charge and a violation of my parole for a crime that was never committed... This falsefied charge has caused my family and I a great deal of grief and unneeded aggrevation - the attached 3 pages are petitions I've sent to the Comptroller the CCRB and Internal Affairs Bureau and other Agencies

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓     No ____     Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____     No ✓     Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____     No ✓

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____     No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____

   1. Which claim(s) in this complaint did you grieve? My complaint cannot be solved in inmate Grievance

   2. What was the result, if any? I asked for help for offices and addresses of NYPD Commissioner and 42 precient.

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
   _____
   _____
   _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: This is a police matter
   _____
   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: I Am waiting for a response from IAB... CCRB and the Comptroller's Office...

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I am waiting for responses from a number of Government Agencies I am going to trial in 30 day's for a case that never should have been in the first place the minute I said I have no license and I was next door... and I'm on parole I was in handcuffs my civil Rights and Rights of due process and other liberties have been violated - 4, 8, 14 Amendments.. false Arrest, Unlawful imprisonment

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

I want the officer to be held accountable for his false accusations...

I want - 1,000,000.00 for Emmanuel DuPrells

I want - 1,234,000.00 for pain and suffering

I want - 2,256,000.00 unlawful imprisonment violations of my civil rights

I want - A complete dismissal of these charges

I want - 1,000,500.00 punitive damages for a total of - $5,490,500.00

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Tremaine A Robertson
V.C.B.C - 1 B A # 23
Bronx New York 10474
BtC- 241-15-06769
Tues, September, 8th - 2015

To whom it may Concern:..

The purpose of this letter is to expose a very corrupt act... which occured at my former place of employement... I am on trial for a case initiated by a false arrest by officer Jorge Jiminez of the 42nd precint - January 28th 2013,...

I was employed at 375 E 163ST in the Bronx,... as a auto mechanic/technician at E.K.G. auto body and repair (my parole officer Ms Brown has pay stubs to varify my employment so do I) while working on a 1993 Toyota Camry in our neighbor's parking lot on Courtland ave and 163rd street I was approached by officer Jiminez while replacing a battery terminal...

I had a booster pack and a few tool's, to fix a deflated tire and I had to charge the battery to start the car, or jump it... officer Jiminez came down the wrong way of this 1 way street and said what are you doing... "I said fixing a customers car" I work next door" he got out of the patrolcar and asked if I had a licenced I said I'm not Driving I'm a mechanic... I work next door... he asked if I had anything in my pockets I should not have I said my tools... →

he checked DO I HAVE A LICENSE, I SAID NO I OWE SOME TICKETS I SAID MY BOSS IS INSIDE THE SHOP HE KNOWS I'm WORKING ON THIS CAR HE PUT CUFFS ON ME AND SAID LET'S KNOCK ON THE GATE... I believe my boss went to the store AND CLOSE THE GATE behind himself... we knocked NO answer AND we went to The 42ND PRECINT where I WAS CHARGED WITH DRIVING WITHOUT A LICENSE... I WAS UPSET AND SAID A FEW WORDS TO THE OFFICER... "YOU ARE A LIAR I WAS NOT DRIVING" "YOU A__HOLE" "The CAR IS IN A PARKING LOT YOU F__CKING JERK" "I am JUST WORKING ON THIS CAR"... "The CAR IS ON A JACK YOU MORON" "WITH A DEAD BATTERY" "how AM I DRIVING it"

1) - I recieved NO TICKET S (NOT one)
2) - The car WAS NOT TOWED TO THE PRECINT.
3) - There IS NO VIDEO FOOTAGE OF The STOP
4) Because I was not Driving
5) - I HAVE PHOTO'S OF THE CAR IN THE PARKING LOT
6) I have WITNESSES TO VARIfy I WAS NOT Driving...
7) - I HAVE PAY STUBS TO PROVE I WORK AT THAT LOCATION..

Former
My Parole OFFICER'S NAME IS M.S Brown
212-239-6136 - 646-358-9447
314 WEST 40TH STREET   NY NY 10018

I am bringing this police and physicians to trial at Bronx Criminal Court AP 3

Monday - September 28 2015

I have more than enough proof of my innocence... my main intention for this notification is to prevent Officer Jiminez from perjering himself in open court...

I have suffered a great deal because of his false accusations and this court case has cause me a great deal of grief... his lies has cost me a new case a warrant in Criminal Court and other serious outcomes which have not been pleasant to or for me... my family has had to deal with warrant officers at 4am in the morning for a case that should not have been to begin with...

Any help in my behalf would be deeply appreciated

Tremaine A Robertson SR
VCBC - Dorm 18A #23
241-15-06769

Thank you...

**EKG Car Care, Inc.**
It's broken, we fix it
375 E 163rd st
Bronx, N.Y 10451
**Tel:** 718-665-3720
**Fax:** 718-665-1195

*[handwritten: PLACE OF ARREST 5/23/24]*
*[handwritten: 1-28-2013]*

To Whom It May Concern:

The Following letter has been drafted to verify the employment of Tremaine Anthony Robertson, As of Monday January 7, 2013. He has been hired as a auto technician and Auto Body apprentice at E.K.G Car Care Inc. located at 375 E 163rd Bronx, New York 10451. Mr. Robertson hours are from 11 am till close Mon- Sat at a weekly salary of 350.00 per week for more info please contact owner/employer James Pelle at 718-665-3720

X *James Pelle* [signature]
James Pelle
Owner

*[handwritten: I have photo's and more pay stubs]*

Tremaine A Robertson
VCBC 1 Halleck Street
Bronx New York 10474
Dorm 13A #10
B+C-241-15-06769

Pro Se — Clerks office
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Legal mail

USMS SDNY

SDNY PRO SE OFFICE
2016 JAN 20 AM 8:02